PFEIFER and O'DONNELL, JJ., dissent.

The conflict case is *State v. Cavalier*, 2nd Dist. Montgomery No. 24651, 2012-Ohio-1976.

Sua sponte, cause consolidated with 2014–1984, *State v. Barry*, 4th Dist. Scioto No. 13CA3569, 2014-Ohio-4452.

**2014–2082.   State v. Bailey.**
Franklin App. No. 12AP–699, 2013-Ohio-3596. On motion for delayed appeal. Motion denied.

**2014–2086.   State v. Smith.**
Cuyahoga App. No. 100641, 2014-Ohio-3420. On motion for delayed appeal. Motion denied.
PFEIFER, J., dissents.

**2014–2101.   State v. Long.**
Lake App. No. 2013–L–102, 2014-Ohio-4416. On motion for delayed appeal. Motion denied.
PFEIFER and O'NEILL, JJ., dissent.

**2014–2122.   State v. Marcum.**
Gallia App. No. 13CA11, 2014-Ohio-4048. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 3 of the court of appeals' entry filed December 5, 2014:

"[D]oes the test outlined by the [c]ourt in State v. Kalish apply in reviewing felony sentences after the passage of R.C. 2953.08(G)?"

O'DONNELL, J., dissents.

The conflict cases are *State v. Hill*, 7th Dist. Carroll No. 13CA892, 2014-Ohio-1965, and *State v. Simmons*, 9th Dist. Summit No. 27197, 2014-Ohio-4191.

Sua sponte, cause consolidated with 2014–1825, *State v. Marcum*, 4th Dist. Gallia No. 13CA11, 2014-Ohio-4048.

**2014–2144.   In re A.B.1.**
Hamilton App. No. C–130611. On motion to stay. Motion denied.

**2014–2145.   In re J.B.**
Hamilton App. No. C–130612. On motion to stay. Motion denied.

**2014–2151.   State v. Stone.**
Geauga App. No. 2013–G–3154, 2014-Ohio-2699. On motion for delayed appeal. Motion denied.

**2014–2163.   State v. Lollis.**
Summit App. No. 26607, 2014-Ohio-684. On motion for delayed appeal. Motion denied.
O'NEILL, J., dissents.

**2014–2164.   State v. Rhodes.**
Franklin App. Nos. 13AP–821 and 13AP–845, 2014-Ohio-2283. On motion for delayed appeal. Motion denied.

**2014–2182.   State v. Stadmire.**
Cuyahoga App. No. 100620. On motion for delayed appeal. Motion denied.

**2014–1364.   State v. Weimer.**
Lake App. No. 2013–L–005, 2014-Ohio-2882. Discretionary appeal accepted on Proposition of Law No. III; cause held for the decision in 2013–0827, *State v. Beverly*, 2d Dist. Clark No. 2011 CA 64, 2013-Ohio-1365; and briefing schedule stayed.

**2014–1402.   State v. Cornelison.**
Lake App. No. 2013–L–064, 2014-Ohio-2884. Discretionary appeal accepted and cause held for the decision in 2014–2122 and 2014–1825, *State v. Marcum*, 4th Dist. Gallia No. 13CA11, 2014-Ohio-4048; and briefing schedule stayed.
PFEIFER and O'DONNELL, JJ., dissent.